GENERAL BUILDING SUPPLY CORPORATION, Appellant, v. SHAPN, INC., Respondent.—

Christ, P. J., Rabin, Hopkins, Munder and Benjamin, JJ., concur.